UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEON LEE MEYERS,

        Plaintiff,

  v.

JOHN H BROOMS et al,

        Defendant.

Case Number: CV07-04457 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Court's Financial Office
Inter-Office Delivery

Leon L. Meyers #ALK-902
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: March 24, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk