UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS,<br><br>           Plaintiff,<br><br>  v.<br><br>JOHN H BROOMS et al,<br><br>           Defendant. | Case Number: CV07-04457 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Court's Financial Office
Inter-Office Delivery


Leon L. Meyers #ALK-902
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: March 24, 2008

                                            Richard W. Wieking, Clerk
                                            By: Frank Justiliano, Deputy Clerk