1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

| | | |
|---|---|---|
| LEON L. MEYERS, | ) | No. C 07-04457 TEH (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN H. BROOMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

10

11

12

13

14

15

16        For the reasons stated on the order of dismissal, this case is DISMISSED under the

17   authority of 28 USC § 1915A.  Judgment is entered accordingly.

18   IT IS SO ORDERED.

19

20   DATED:   03/27/08   _____

THELTON E. HENDERSON

21                                                              United States District Judge

22

23

24

25

26

27

28