1  U.S. DISTRICT COURT NORTHERN DISTRICT
2  CIVIL #: 3:07-CV-04457-TE

RECEIVED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4
5  MEYERS                    Notice to AMEND
6  V.                        Complaint
7  BROOMS ET AL

FILED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
9              AMENDMENTS
10
11                  I
12      JURY TRIAL REQUESTED
13
14                  II
15      CASH SETTLEMENT WAS REQUES-
16  TED IN COMPLAINT AND IS BEING
17  REQUESTED (SEE COMPLAINT)
18  (SEE COMPLAINT FOR AMOUNT)
19
20  3-18-08
21
22              Respectfully
23              Submitted
24
25              Leon L. Meyers
26
27
28
                        (1)

Us DISTRICT Court, NorTHERN DISTRICT

MEYERS                    NOTICE AND MOTION
V.                        TO STOP SALES OF
BROOMS ET AI              HOME PENDING THE
                          ADJUDICATION OF
                          THIS ACTION.

TO THE HONORABLE JUSTICE:
    PLEASE TAKE NOTICE THAT ON
3-18-08 THE PLAINTIFF LEON
LEE MEYERS HEREBY REQUEST
FOR THE COURTS TO ORDER MR.
JOHN H. BROOMS TO REFRAIN
FROM SELLING THE HOME OF 270
MAKIN ROAD OAKLAND PENDING
THE ADJUDICATION OF THIS
COMPLAINT AND IF THE HOME
IS SOLD PLEASE FREEZE ALL
ACCOUNTS OTHERTHAN HIS Ability
TO LIVE ON HIS SOCIAL SECURITY
DISAbility.
                    Respectfully Submitted
3-18-08
                    Leon L. Meyers

(1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. DISTRICT COURT, CALIFORNIA
NORTHERN DISTRICT (SAN FRANCISCO)
CIVIL DOCKET FOR CASE #: 3:07-CV-
04457- T E H

MEYERS V. BROOMS ET AL

NOTICE OF DECLARATION
OF PLAINTIFF
LEON LEE MEYERS

I, LEON LEE MEYERS, DECLARE
THAT BETWEEN THE MONTH OF
JAN, 2008 – MARCH, 2008, THE
DEFENDANT JOHN BROOMS HAS
REMOVED TWO AUTOMOBILES FROM
THE PROPERTY COMPLIANED OF
IN THIS COMPLAINT BOTH AUTOS
BELONGING TO LEON MEYERS.

I DECLARE THAT ONE 1994 PLYMOTH
ACCLAIM AND ONE 1979 LINCOLN
MARCH #5 WAS LEFT ON THE
PROPERTY SINCE MY ARREST
OF 6-6-06



1
2
3  I declare that since the filing
4  of this complaint, the defendant
5  John Brooms, has conspired
6  with the plaintiff's sister
7  (Lillie M. Butler) to sell
8  the home of 270 Makin Rd
9
10  I declare that half of the
11  property inside the home
12  belongs to me the plaintiff.
13
14  I declare that I spoke with
15  my brother Angel Bobo whom
16  has made me aware of
17  the intentions of my stepfather
18
19  I declare that my mother
20  Ruth (may she rest in peace) was
21  diagnosed with Alzthiemers
22  desease at least 3 years prior
23  to her death and therefore
24  was mentally impaired to
25  leave a will intestament
26
27
28

(2)

I declare that I WAS MISLEAD by MY STEPFATHER AND his whole ACTIONS IN SELLING the home is to ASSURE that if he dies (AND WHEN) that I wont INHERIT the home.

I declare that MY brother ANGEL Bobo has Already told John Brooms that WHAT EVER should be given to him, IS to be given to ME the PLAINTIFF IN REGARDS to the home AND INHERITANCE.

I declare that ANGEL Bobo has ATTEMPTED to MOVE MY property FROM the house HOWEVER could Not. his phone # IS CELL 368-2706 (510)

I declare that IN the MONTH OF August 2007 I APPEARD IN Court IN REGARDS to the RESTRAINING ORDER ...

(3)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

... IN WHICH WAS ALREADY SUBMITTED
AS AN EXHIBIT IN THIS CASE.
    THE RESIDING JUDGE BEING THE
HONORABLE JULIE CONGER DEPT. #4
OF THE RENE C. DAVIDSON COURT-
HOUSE, AT THAT HEARING,
THE CASE WAS DISMISSED AND
THE REQUEST FOR A "REMOVAL
ORDER" (TO REMOVE MY CARS AND
PROPERTY) WAS DENIED. HOWEVER,
MY PROPERTY HAS BEEN REMOVED
AND THE HOME THA IS BEING
SOLD.

I DECLARE UNDER PENALTY
OF PURJURY UNDER THE LAWS
OF THE STATE OF CALIFORNIA, THAT
THE FORGOING IS TRUE AND
CORRECT.

                    Respectfully Submitted
3-18-08
                    Leon L. Meyers

(4)

3-18-08

DEAR CLERK,
To the HONORABLE CLERK OF
this COURT,

PLEASE, IF POSSIBLE, SEND
ME COPIES OF this COMPLAINT,
INCLUDING the ENCLOSED documents
AS WELL AND All Exhibits AND
ANY other documents thEREOF
AS I AM CURRENTLY SEEKING AN
ATTORNEY.

THANK YOU

Sincerely
Leon L. Meyers

CIVIL # 3:07-CV-04457-TEH
MEYERS V. BROOMS ET Al

LEON LEE MEYERS
ALK-902
5325 BROODER BLVD
DUBLIN CA 94568
PRO SE

OK TO MAIL
PRO PER
INMATE SERVICES PRO-PER
S/T M. WRIGHT

Legal Mail

39105473032



049JB2024316

$00.41⁰
Mailed From  94568
03/27/2008
US POSTAGE

Neopost

CLERK OF THE U.S.
DISTRICT COURT
450 GOLDEN GATE AVE-
BOX 36060
SAN-FRANCISCO CA
94102