LEON L. MEYERS
5325 BRODER BLVD,
DUBLIN CA 94568
PFN #ALK-902

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA FIFTH DIVISION

LEON LEE MEYERS
PLAINTIFF,

V.

JOHN H BROOMS, et al.,
DEFENDANT

CIVIL ACTION
FILE NO.
C 07-04457 TEH
(PR)

"NOTICE OF APPEAL"

NOTICE IS HEREBY GIVEN that LEON LEE MEYERS, the PLAINTIFF IN the ABOVE NAMED CASE, APPEAL to the UNITED STATES COURT OF APPEALS FOR the 9th CIRCUIT FROM the "ORDER OF DISMISSAL" ENTERED IN this ACTION ON 3-20-08

DATE: 4-12-08

Leon L. Meyers
5325 BRODER BLVD
DUBLIN CA 94568
#ALK-902

CIVIL NO.
C 07-04457 TEH
(PR)